People v Alvarado (2025 NY Slip Op 00974)

People v Alvarado

2025 NY Slip Op 00974

Decided on February 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
VALERIE BRATHWAITE NELSON
HELEN VOUTSINAS
CARL J. LANDICINO, JJ.

2022-10523
 (Ind. No. 72577/22)

[*1]The People of the State of New York, respondent,
v
Dennys Alvarado, also known as Rene Martinez, appellant.

Patricia Pazner, New York, NY (Brian Perbix of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Allison Marculitis of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Matthew Sciarrino, Jr., J.), rendered December 9, 2022, convicting him of assault in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review an order of protection issued at the time of sentencing.
ORDERED that upon the appeal from the judgment, the order of protection issued at the time of sentencing is vacated, as a matter of discretion in the interest of justice; and it is further,
ORDERED that the judgment is affirmed.
The defendant's contention that the Supreme Court improperly issued the order of protection in favor of the individual named therein is unpreserved for appellate review (see CPL 470.05[2]; People v Nieves, 2 NY3d 310, 316-318), but we nevertheless reach the issue in the exercise of our interest of justice jurisdiction. As the People correctly concede, the court had no authority to issue an order of protection in favor of the individual named therein since he was neither victim of, nor witness to, the crime to which the defendant entered a plea of guilty (see CPL 530.13[4]; People v Lebron, _____ AD3d _____, 2024 NY Slip Op 06060; People v Fletcher, 220 AD3d 805).
Accordingly, we vacate the order of protection issued at the time of sentencing.
IANNACCI, J.P., BRATHWAITE NELSON, VOUTSINAS and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court